Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GERARDO HERNANDEZ,               )   No. 5:19-cv-07913-NC
                                 )
              Plaintiff,          )   **SECOND STIPULATION TO EXTEND**
                                 )   **DEADLINE TO COMPLETE JOINT SITE**
       vs.                        )   **INSPECTION REQUIRED BY GENERAL**
                                 )   **ORDER 56; [PROPOSED] ORDER**
MIMOSAS RESTAURANTS, INC. dba     )
MIMOSAS CAFE, et al.,             )
                                 )
              Defendants.         )
                                 )
                                 )
                                 )
                                 )
                                 )
                                 )
_____  )

       Plaintiff, Gerardo Hernandez ("Plaintiff"), and Defendants, Mimosas Restaurants, Inc. dba Mimosas Cafe; Gelagio II, LLC; and Giuseppa Gallucci, Trustee of the Gallucci 1998 Living Trust ("Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

       1.     This action arises out of Plaintiff's claims that Defendants denied him full and equal access to their public accommodation on account of his disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law.

This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2.      The Court has ordered that the Parties conduct a joint site inspection 60 days after service of the complaint (General Order 56, as amended in January 2020) of the subject property, in this instance, on or before March 6, 2020; however, the Parties requested an extension and were given until March 17, 2020 (Dkt. 21).

3.      The Parties are engaging in settlement discussions and wish to avoid incurring additional attorney's fees and costs incident to attending the joint site inspection while settlement efforts are being exhausted.

4.      The Parties have agreed to conduct the joint site inspection on May 11, 2020 at 12:00 p.m. if the matter does not settle prior to that time, subject to the Parties' reservation to further modify the date if necessary.

5.      Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to May 11, 2020, with all dates triggered by that deadline continued accordingly.

**IT IS SO STIPULATED.**

Dated:  March 17, 2020                    MOORE LAW FIRM, P.C.


                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Gerardo Hernandez


Dated:  March 17, 2020                    LAW OFFICES OF JESSE W. JACK


                                          */s/ Jesse W. Jack*
                                          Jesse W. Jack
                                          Attorneys for Defendants,
                                          Mimosas Restaurants, Inc. dba Mimosas Cafe;
                                          Gelagio II, LLC; and Giuseppa Gallucci, Trustee of
                                          the Gallucci 1998 Living Trust

1

## ATTESTATION

2

3

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

4

5

6

               */s/ Tanya E. Moore*
               Tanya E. Moore
               Attorney for Plaintiff,
               Gerardo Hernandez

7

8

## [PROPOSED] ORDER

9

     The Parties having so stipulated and good cause appearing,

10

     **IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site

11

inspection is extended to May 11, 2020, with all dates triggered by that deadline continued

12

accordingly.

13

**IT IS SO ORDERED**.

14

15

Dated: _____

16

                         _____
                         United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28