Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MIMOSAS RESTAURANTS, INC. dba MIMOSAS CAFE; GELAGIO II, LLC; GIUSEPPA GALLUCCI, Trustee of the GALLUCCI 1998 LIVING TRUST;<br><br>　　　　Defendants. | No. 5:19-cv-07913-NC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Mimosas Restaurants, Inc. dba Mimosas Cafe; Gelagio II, LLC; and Giuseppa Gallucci, Trustee of the Gallucci 1998 Living Trust, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: April 10, 2020                MOORE LAW FIRM, P.C.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Gerardo Hernandez

Dated: April 10, 2020                LAW OFFICES OF JESSIE W. JACK

                                     */s/ Jesse W. Jack*
                                     Jesse W. Jack
                                     Attorneys for Defendants,
                                     Mimosas Restaurants, Inc. dba Mimosas Cafe; Gelagio II, LLC; and Giuseppa Gallucci, Trustee of the Gallucci 1998 Living Trust

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Gerardo Hernandez